IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Jeinie Johnson | ) ) ) | Case No: 20 C 865 |
| v. | ) ) ) | Judge: Thomas M. Durkin |
| US Dept. Of Urban Housing | ) ) ) | |

### ORDER

Plaintiff's application to proceed in forma pauperis is granted. [4] Plaintiff's motion for attorney representation is granted. [5] This Court hereby recruits attorney Timothy F. Horning, Meyer & Horning, 3400 North Rockton Ave., Rockford, IL 61103, (815) 636-9300, thmeyerhorning@aol.com to assist plaintiff. The Clerk is directed to transfer this action to the Western Division as it was improperly filed in the Eastern Division.

Date: 3/6/2020                                                  /s/ Thomas M. Durkin